STATE OF NEW JERSEY v. LARRY WILLIAMS.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD WALKER.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP M. ROCK.

April 28, 1987.

Petition for certification denied.

TBF, INC., ETC. v. JOHN KAPUSTA.

April 28, 1987.

Petition for certification denied.